UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM F. HARDWICK III and ANGELA D. HARDWICK, ) ) ) Plaintiffs, ) ) v. ) ) MORGAN R. LEWIS, JASON K. PURSER, ) LOGS LEGAL GROUP LLP, GENERAL COURT ) OF JUSTICE OF NORTH CAROLINA, ) MOORE & ALPHIN, PLLC, RESMAE ) MORTGAGE CORPORATION, WELLS FARGO, ) and NICOLE BIRKLEY, ) ) Defendants. ) ) | **JUDGMENT** 5:23-CV-504-BO-RJ |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Robert B. Jones, Jr. [DE 34]. Plaintiffs have objected and the matter is ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that the memorandum and recommendation [DE 34] is ADOPTED in its entirety. Plaintiffs' motion to alter judgment, for temporary restraining order, and for preliminary injunction [DE 5] is DENIED; plaintiffs' motion to amend/correct [DE 6] is DENIED; plaintiffs' motion for relief from judgment [DE 30] is DENIED; and plaintiffs' motion for extension of time [DE 33] is DENIED. The motions to dismiss at [DE 23, 26, & 31] are GRANTED. Plaintiffs' motion to reconsider [DE 37] is DENIED. The complaint is DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on September 6, 2024, and served on:**
William Hardwick (via US Mail to 399 Virginia Water Dr., Rolesville, NC 27571)
Angela Hardwick (via US Mail to 399 Virginia Water Dr., Rolesville, NC 27571)
Jason Purser (via CM/ECF NEF)
Randall Adams (via CM/ECF NEF)
Sydney Davis (via CM/ECF NEF)
Baxter Ewing (via CM/ECF NEF)

September 6, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk