IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-504-BO

WILLIAM F. HARDWICK III and )
ANGELA D. HARDWICK, )
                         )
           Plaintiffs, )
                         )
v.                                       )           O R D E R
                         )
MORGAN R. LEWIS, JASON K. )
PURSER, LOGS LEGAL GROUP LLP, )
GENERAL COURT OF JUSTICE OF )
NORTH CAROLINA, MOORE & )
ALPHIN, PLLC, RESMAE MORTGAGE )
CORPORATION, WELLS FARGO, and )
NICOLE BIRKLEY, )
                         )
           Defendants. )

This cause comes before the Court on plaintiff William Hardwick's *pro se* motion to stop foreclosure/upset bid. [DE 42]. His motion has been filed under Fed. R. Civ. P. 5 and references a foreclosure sale date of August 14, 2025. This case was dismissed by order entered September 6, 2024. [DE 39]; [DE 40]. Plaintiff has failed to demonstrate that any further action is warranted or required in this closed case. His motion further fails to state any plausible basis for relief. The motion [DE 42] is therefore DENIED.

SO ORDERED, this ___ day of January 2026.

                                                                  _____
                                                                  TERRENCE W. BOYLE
                                                                  UNITED STATES DISTRICT JUDGE