IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-504-BO

WILLIAM F. HARDWICK III and )
ANGELA D. HARDWICK, )
)
Plaintiffs, )
)
v. )            O R D E R
)
MORGAN R. LEWIS, JASON K. )
PURSER, LOGS LEGAL GROUP LLP, )
GENERAL COURT OF JUSTICE OF )
NORTH CAROLINA, MOORE & )
ALPHIN, PLLC, RESMAE MORTGAGE )
CORPORATION, WELLS FARGO, and )
NICOLE BIRKLEY, )
)
Defendants. )

This cause comes before the Court on plaintiff William Hardwick's *pro se* emergency
request and amended complaint. [DE 44]. By order entered September 6, 2024, the Court granted
motions to dismiss filed by defendants and dismissed plaintiffs' complaint[1] without prejudice. [DE
39]. Judgment was entered the same day, [DE 40], and plaintiffs did not notice a direct appeal.

On February 27, 2026, plaintiff William Hardwick filed a document styled as a complaint
against two defendants named in the original complaint and two additional defendants. [DE 44].
Plaintiff also styled the complaint using this Court's case number but as being filed in Wake
County Superior Court, and included a handwritten notation stating "Emergency Request." *Id.*

Where a complaint has been dismissed without prejudice, but no leave to amend has been
granted, "a plaintiff may only amend [the] complaint by first filing a motion to reopen or to vacate

---

[1] The original complaint was filed by both William and Angela Hardwick.

Case 5:23-cv-00504-BO-RJ     Document 46     Filed 06/15/26     Page 1 of 2

the judgment under Rule 59 or Rule 60." *Britt v. Dejoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc). Plaintiff here has failed to file a motion under Fed. R. Civ. P. 59 or 60, and his proposed complaint does not demonstrate grounds for altering or setting aside the judgment.

Accordingly, plaintiff's emergency request [DE 44] is DENIED and the proposed complaint is dismissed without prejudice.

SO ORDERED, this ___1 2___ day of June 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2